RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Samir Salazar-Cebreros

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>SAMIR SALAZAR-CEBREROS,<br><br>          Defendant. | Case No. 2:10-cr-620-APG-GWF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Nancy M. Olson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Samir Salazar-Cebreros, that the Revocation Hearing currently scheduled on March 23, 2017 at 9:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than fifteen (15) days.

This Stipulation is entered into for the following reasons:

1.    Defense counsel was assigned this case today and will not be able to see his client prior to his revocation hearing.

2.    The parties agree to the continuance.

1 This is the first request for a continuance of the revocation hearing.

2 DATED this 16th day of March, 2017.

| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
|---|---|
| */s/ Brian Pugh*<br>By_____<br>BRIAN PUGH<br>Assistant Federal Public Defender | */s/ Nancy M. Olson*<br>By_____<br>NANCY M. OLSON<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAMIR SALAZAR-CEBREROS,<br><br>　　　　Defendant. | Case No. 2:10-cr-620-APG-GWF<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, March 23, 2017 at 9:30 a.m., be vacated and continued to  April 19, 2017  at the hour of   2:00  p .m.; or to a time and date convenient to the court.

　　DATED this 20th day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE

3