RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Samir Orlando Salazar-Cebreros

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMIR ORLANDO SALAZAR-CEBREROS,<br><br>        Defendant. | Case No. 2:10-CR-00620-APG-GWF-3<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kenneth Nicholas Portz, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Samir Orlando Salazar-Cebreros, that the Revocation Hearing currently scheduled on July 27, 2022 at 2:30 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to discuss this matter with Mr. Salazar-Cebreros.

2. Defense counsel needs additional time to investigate the allegations in the Petition and prepare for the revocation hearing.

3. Mr. Salazar-Cebreros is in custody and agrees with the need to continue the hearing.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 26th day of July, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|   |   |
|    */s/ Jacquelyn N. Witt*<br>By_____<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender |    */s/ Kenneth Nicholas Portz*<br>By_____<br>KENNETH NICHOLAS PORTZ<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMIR ORLANDO SALAZAR-CEBREROS,<br><br>        Defendant. | Case No. 2:10-CR-00620-APG-GWF-3<br><br>**ORDER** |

      IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, July 27, 2022 at 2:30 p.m., be vacated and continued to <u>August 10, 2022</u> at the hour of <u>2:30 p</u>.m. in LV Courtroom 6C; or to a time and date convenient to the court.

      DATED this <u>27th</u> day of July, 2022.

                                                  UNITED STATES DISTRICT JUDGE